UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62123-BLOOM/Valle

ENRIQUE TORRES,

    Plaintiff,

v.

RICEUP ASIAN KITCHEN,
and YANHUA LI,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion For Approving Settlement Agreement And For Dismissal With Prejudice, ECF No. [26]. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [26]**, is **GRANTED**;

2. The Settlement and Release Agreement, **ECF No. [26] at 4-12**, between Plaintiff and Defendants is **APPROVED** in its entirety;

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this matter;

4. Pursuant to Local Rule 7.3, S.D. Fla., the Court reserves jurisdiction to enter all further orders as necessary.

Case No. 16-cv-62123-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 1st day of December, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record